UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARI HEISKANEN, | |
| Plaintiff, | No.  CV-12-03063-WFN |
| v. | |
| CAROLYN W. COLVIN, | JUDGMENT IN A CIVIL CASE |
| Commissioner of Social Security, | |
| Defendant. | |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Defendant.

DATED: September 19, 2013

SEAN F. McAVOY
Clerk of Court

By:  *s/Cora Vargas*
Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**